RUMSEY v. GRIFFIN.

TAX SALES—VALIDITY.
   This case, involving the sale of land for certain delinquent
   drain taxes, is controlled by the preceding case, *Rumsey* v.
   *Griffin*, ante, 413.

Appeal from Gratiot; Stone, J. Submitted November
16, 1904. (Docket No. 85.) Decided December 7, 1904.

Petition by Chauncey J. Rumsey against Albert A.
Griffin and Perry F. Powers, auditor general, for leave to
file a bill of review. From a decree dismissing the peti-
tion, petitioner appeals. Affirmed.

*Nichol & Locke*, for petitioner.

*Albert McClatchey*, for defendant Griffin.

MONTGOMERY, J. The same questions are raised in
this case that are raised and determined in the case of
*Rumsey* v. *Griffin*, ante, 413, in which an opinion is handed
down herewith. This case involves the same drain, and
the same contentions are made against the validity of the
proceedings. It is ruled by that case, and the decree is
affirmed, with costs.

The other Justices concurred.